*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 21, 2016            D-26-16
_____

In the Matter of DERRICK R.
    WILLIAMS SR., a Suspended
    Attorney.

COMMITTEE ON PROFESSIONAL                    MEMORANDUM AND ORDER
    STANDARDS,
                    Petitioner;

DERRICK R. WILLIAMS SR.,
                    Respondent.

(Attorney Registration No. 3064094)
_____

Calendar Date:  March 28, 2016

Before:  Lahtinen, J.P., McCarthy, Rose, Devine and Aarons, JJ.

_____

        Monica A. Duffy, Committee on Professional Standards,
Albany (Michael K. Creaser of counsel), for petitioner.

        Derrick R. Williams Sr., St. Ann, Missouri, respondent
pro se.

_____

Per Curiam.

        Respondent was admitted to practice by this Court in 2000.
In 2001, respondent was admitted to practice in Missouri, where
he currently resides.

        By order entered June 19, 2008, this Court suspended
respondent for one year based upon his January 2008 suspension in
Missouri (52 AD3d 1112 [2008]).  Thereafter, by order entered May
5, 2011, this Court denied respondent's application for
reinstatement, concluding that he had yet to remedy the issues
that led to his suspension in Missouri (84 AD3d 1499 [2011]).
Respondent was reinstated to the practice of law in Missouri in
August 2015.  Now, by application sworn to on September 26, 2015,

respondent has reapplied for reinstatement to the practice of law in this state.  Following an investigation, petitioner advises that it opposes respondent's application.

Upon review of the submissions and consideration of all the circumstances in the record before us, we conclude that respondent has not shown by clear and convincing evidence that he possesses the character and general fitness to resume the practice of law (see Rules of App Div, 3d Dept [22 NYCRR] § 806.12 [b]).  Accordingly, we deny his current application for reinstatement.

Lahtinen, J.P., McCarthy, Rose, Devine and Aarons, JJ., concur.


ORDERED that respondent's application for reinstatement is denied.




ENTER:



Robert D. Mayberger
Clerk of the Court